IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-051-FDW-DCK

| TRAVIS MITCHELL, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| D.H. GRIFFIN INFRASTRUCTURE, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Sarah J. Kromer, filed a "Certification of Mediation Session" (Document No. 6) notifying the Court that the parties reached a settlement on September 14, 2020. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **October 29, 2020**.

**SO ORDERED**.

Signed: September 21, 2020

David C. Keesler
United States Magistrate Judge